## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLENE HORN | : |
| Plaintiff | : CIVIL ACTION NO. 18-3173 |
| v. | : |
| | : NOTICE OF FILING |
| A & E REALTY GROUP, LLC | : NOTICE OF REMOVAL |
| | : |
| Defendant | : |

### STIPULATION TO REMAND CASE TO
### PHILADELPHIA COURT OF COMMON PLEAS

AND NOW, this 1st day of August, 2018, it is hereby stipulated and agreed by and between counsel of record that this matter shall be transferred to the Philadelphia Court of Common Pleas, as diversity is no longer proper under 28 U.S.C. § 1332.

SPEAR GREENFIELD RICHMAN WEITZ & TAGGART

By: _____,
Scott Taggart, Esquire
Counsel for Plaintiff,
Darlene Horn

MARGOLIS EDELSTEIN

By: _____,
Ryan C. Smith
Counsel for Defendant,
A&E Realty Group, LLC

Approved:
[signature]
8-1-18